IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD WALKER, | 1:04-cv-06369-LJO-DLB (PC) |
| Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT |
| vs. | |
| SHERIFF R. PIERCE, et al., | (DOCUMENT #17) |
| Defendants. | |
| _____/ | |

  Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 14, 2008, plaintiff filed a motion to extend time to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

  Plaintiff is granted forty-five (45) days from the date of service of this order in which to file an amended complaint.


  IT IS SO ORDERED.

  Dated:  **May 1, 2008**       **/s/ Dennis L. Beck**
                UNITED STATES MAGISTRATE JUDGE