# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD WALKER,<br><br>        Plaintiff,<br><br>   v.<br><br>SHERIFF PIERCE, et al.,<br><br>        Defendants.<br>_____ / | CASE NO. 1:04-cv-06369-LJO-DLB PC<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 19)<br><br>ORDER GRANTING SECOND MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT<br><br>(Doc. 21)<br><br>ORDER DIRECTING CLERK OF COURT TO SEND TO PLAINTIFF COPY OF COURT DOCUMENT 16<br><br>**THIRTY (30) DAY DEADLINE** |

    Plaintiff Harold Walker ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On April 4, 2008, the court dismissed plaintiff's complaint for failure to state any claims upon which relief may be granted and ordered plaintiff to file an amended complaint within thirty days from the date of service of the order. On May 2, 2008, the court granted plaintiff a forty-five (45) day extension of time to file an amended complaint. Plaintiff, however, did not file an amended complaint.

    On June 30, 2008, the Magistrate Judge filed a Findings and Recommendations recommending that this action be dismissed for failure to state a claim and failure to obey a court order. The Findings and Recommendations contained notice to plaintiff that any objection was to be filed within thirty days. (Doc. 19). Plaintiff filed an Objection to the Findings and

1    Recommendations on July 16, 2008. (Doc. 20). On November 7, 2008, Plaintiff then filed a second
2    motion to extend time to file an amended complaint (Doc. 21).
3           In support of his motion, Plaintiff states that he has been denied writing materials (papers,
4    pens, pencils, mailing materials), his legal materials, and also "meaningful" law library access, and
5    is therefore unable to timely file an amended complaint. (Id.)
6           Despite Plaintiff's assertions, the Court notes that Plaintiff was able to timely file objections
7    to the Court's Findings and Recommendations, and therefore had paper, writing utensils and mailing
8    services available to him. Plaintiff also had paper, writing utensils and mailing services to prepare
9    and file the instant motion. Plaintiff is cautioned that any attempt to mislead the Court will result
10   in sanctions, which may include dismissal of this action.
11          The Court shall grant plaintiff one final opportunity to file an amended complaint. The Court
12   shall direct the Clerk of the Court to mail to plaintiff a copy of the Court's screening order, issued
13   April 4, 2008, which contains the legal standards applicable to the claims raised by plaintiff. (Doc.
14   16).
15          The Findings and Recommendations, issued June 30, 2008, shall be VACATED, and plaintiff
16   shall be provided with an additional **thirty (30) days** from the date of service of this order to file an
17   amended complaint.
18          Plaintiff is advised that he may not add any new, unrelated claims to this action via his
19   amended complaint and any attempt to do so will result in an order striking the amended complaint.
20          Failure to comply with this order will result in the immediate dismissal of this action.
21       IT IS SO ORDERED.
22    Dated:   **November 15, 2008**              /s/ **Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE