# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HAROLD WALKER,

Plaintiff,

v.

SHERIFF PIERCE, et al.,

Defendants.

_______________________________________/

CASE NO. 1:04-cv-06369-LJO-DLB PC

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION FOR PLAINTIFF'S FAILURE TO OBEY A COURT ORDER AND FAILURE TO STATE A CLAIM

(Doc. 23)

Plaintiff Harold Walker ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On January 22, 2009, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within fifteen days. Plaintiff filed an Objection to the Findings and Recommendations on February 10, 2009.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Plaintiff may not combine his objections with a "motion to appeal" to the Ninth Circuit, as he is attempting to do here. If Plaintiff wishes to appeal, he must comply with the Federal Rules of Appellate Procedure.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed January 22, 2009, is adopted in full; and

2. This action is dismissed, with prejudice, for failure to obey a court order and failure to state a claim upon which relief may be granted.

IT IS SO ORDERED.

**Dated: March 2, 2009**

**/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE